# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shea, Edward F. | United States District Court | 5/27/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Senior Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

825 Jadwin Avenue, Ste. 320
Richland, WA 99352

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | ▨ - Corporation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas | 4/2019 | South Carolina | Judge Brown Admiralty Law Cup Competition | Hotel & Airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. VISA | Credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | M | T | | | | | |
| 2. | Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | L | T | | | | | |
| 3. | Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | L | T | | | | | |
| 4. | Prudential Life Insurance - Whole Life Insurance | A | Dividend | K | T | | | | | |
| 5. | South Boston Savings Bank Life Ins - Whole Life Insurance | A | Dividend | J | T | | | | | |
| 6. | GESA Credit Union | A | Interest | J | T | | | | | |
| 7. | Coins | | None | J | T | | | | | |
| 8. | Art | | None | K | W | | | | | |
| 9. | BANK OF AMERICA SAVINGS ACCOUNT | A | Int./Div. | K | T | | | | | |
| 10. | | | | | | | | | | |
| 11. | Vanguard Health Care Fund, Admin Personal Acct. | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | | |
| 13. | E/ SCHWAB RETIREMENT IRA Pershing rollover to Rochedale (H) | | | | | | | | | |
| 14. | KO | A | Dividend | J | T | | | | | |
| 15. | DUK | A | Dividend | J | T | | | | | |
| 16. | ES | A | Dividend | J | T | | | | | |
| 17. | VZ | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. HTA | A | Dividend | J | T | | | | | |
| 19. MAA | A | Dividend | J | T | | | | | |
| 20. RIMOX | D | Dividend | M | T | | | | | |
| 21. LAMR* | | | | | Sold | 07/24/18 | J | A | |
| 22. MGA | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 23. MO | A | Dividend | J | T | | | | | |
| 24. PAYX | A | Dividend | J | T | | | | | |
| 25. PM | A | Dividend | J | T | | | | | |
| 26. T | A | Dividend | J | T | | | | | |
| 27. DHR * | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 28. FB | | None | J | T | | | | | |
| 29. INTC | A | Dividend | J | T | | | | | |
| 30. HON | A | Dividend | J | T | | | | | |
| 31. JNJ | A | Dividend | J | T | | | | | |
| 32. LMT | A | Dividend | J | T | | | | | |
| 33. NNN | A | Dividend | J | T | | | | | |
| 34. TMO | A | Dividend | J | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. WMT | A | Dividend | J | T | | | | | |
| 36. GOOGL | | None | J | T | | | | | |
| 37. AWK | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 38. BGS | A | Dividend | | | Sold | 08/27/19 | J | A | |
| 39. CTAS | A | Dividend | J | T | | | | | |
| 40. DHR | A | Dividend | J | T | | | | | |
| 41. UNH | A | Dividend | J | T | | | | | |
| 42. AGR | A | Dividend | J | T | | | | | |
| 43. PGX | A | Dividend | J | T | | | | | |
| 44. WPC | A | Dividend | J | T | | | | | |
| 45. D | A | Dividend | J | T | | | | | |
| 46. EPR | A | Dividend | J | T | | | | | |
| 47. NOC | A | Dividend | J | T | | | | | |
| 48. XEL | A | Dividend | J | T | | | | | |
| 49. CINF | A | Dividend | J | T | Sold<br>(part) | 06/24/19 | J | B | |
| 50. Pershing Gov't Act. | A | Interest | J | T | | | | | |
| 51. Pershing Cash | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  AEP | B | Dividend | J | T | | | | | |
| 53.  ARCC | A | Dividend | J | T | | | | | |
| 54.  NEE | A | Dividend | J | T | | | | | |
| 55.  UNP | A | Dividend | J | T | | | | | |
| 56.  PFE | A | Dividend | J | T | | | | | |
| 57.  COG | A | Dividend | | | Sold | 08/06/19 | J | A | |
| 58.  LIN | A | Dividend | J | T | | | | | |
| 59.  ROP | | None | J | T | | | | | |
| 60.  CNRYX | | None | K | T | | | | | |
| 61.  MRK | A | Dividend | J | T | | | | | |
| 62.  ACN | | None | J | T | | | | | |
| 63.  GM Bond | A | Dividend | J | T | | | | | |
| 64.  AT&T Note | A | Interest | J | T | | | | | |
| 65.  BRK 4343189 | A | Dividend | J | T | | | | | |
| 66.  BDX | A | Dividend | J | T | Buy | 09/29/19 | J | | |
| 67.  BAC* | A | Dividend | J | T | | | | | |
| 68.  PRU* | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. SON* | A | Dividend | J | T | | | | | |
| 70. UL* | A | Dividend | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. ▉/RETIREMENT ACCOUNT (H) | | | | | | | | | |
| 74. Shell Int'l Fin | A | Int./Div. | | | Sold | 09/23/19 | J | A | |
| 75. NBC Univ. Media | A | Int./Div. | | | Redeemed | 09/03/19 | J | A | |
| 76. Dow Chem. Note | A | Int./Div. | | | Sold | 06/19/19 | J | A | |
| 77. Home Depot Note | A | Int./Div. | J | T | | | | | |
| 78. Jeffries Group Note | A | Int./Div. | J | T | | | | | |
| 79. Citi GRP Note | A | Int./Div. | J | T | | | | | |
| 80. Tyson Note | A | Int./Div. | J | T | | | | | |
| 81. A-B Inbev Bond | A | Int./Div. | J | T | | | | | |
| 82. Oracle Bond | A | Int./Div. | J | T | | | | | |
| 83. VZ Bond | A | Int./Div. | J | T | | | | | |
| 84. B.A.M Bond - name change to BA | A | Int./Div. | J | T | | | | | |
| 85. Goldman S. Bond | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Blackrock Bond | A | Int./Div. | J | T | | | | | |
| 87. Target Bond | A | Int./Div. | J | T | | | | | |
| 88. Morgan Staney Bond | A | Int./Div. | J | T | | | | | |
| 89. Apple Note | A | Int./Div. | J | T | | | | | |
| 90. Brookfield PSHP | A | Distribution | J | T | | | | | |
| 91. Eaton - ETN | A | Distribution | J | T | | | | | |
| 92. T | A | Distribution | J | T | | | | | |
| 93. WBK 4461871 | A | Int./Div. | J | T | Buy | 08/14/19 | J | | |
| 94. AAPL 12* | | None | J | T | | | | | |
| 95. ADBE | | None | J | T | | | | | |
| 96. BABA | | None | J | T | | | | | |
| 97. APH | | None | J | T | | | | | |
| 98. BRK.B (BA Boeing) | A | Int./Div. | J | T | Buy<br>(add'l) | 08/08/19 | J | | |
| 99. CME | | None | J | T | | | | | |
| 100. CVX | A | Int./Div. | J | T | | | | | |
| 101. CSCO | A | Int./Div. | | | Sold | 12/11/19 | J | A | |
| 102. CL | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CMCSA | A | Int./Div. | | | Sold | 09/09/19 | J | A | |
| 104. CMA | A | Int./Div. | | | Sold | 1/17/19 | J | A | |
| 105. COST | A | Distribution | J | T | | | | | |
| 106. DIS | A | Distribution | J | T | | | | | |
| 107. EOG | | None | | | Buy | 01/17/19 | J | | |
| 108. | | | | | Sold | 09/10/19 | J | A | |
| 109. EW | | None | J | T | | | | | |
| 110. CNP | | None | J | T | Buy | 08/08/19 | J | | |
| 111. CRL | | None | J | T | Buy | 08/08/19 | J | | |
| 112. HBAN | A | Int./Div. | J | T | Buy | 08/08/19 | J | | |
| 113. HD | A | Int./Div. | J | T | | | | | |
| 114. JPM | A | Int./Div. | J | T | | | | | |
| 115. MGA | A | Int./Div. | J | T | | | | | |
| 116. MA | A | Int./Div. | J | T | | | | | |
| 117. MCD | A | Int./Div. | J | T | | | | | |
| 118. MSFT | A | Int./Div. | J | T | | | | | |
| 119. OKE | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PNC | A | Int./Div. | J | T | | | | | |
| 121. PEP | A | Int./Div. | J | T | | | | | |
| 122. PG | A | Int./Div. | J | T | | | | | |
| 123. PHM | A | Distribution | J | T | Sold (part) | 06/13/19 | J | A | |
| 124. RTN | A | Distribution | J | T | | | | | |
| 125. SIX | A | Distribution | | | Sold | 10/24/19 | J | A | |
| 126. STI* | A | Distribution | | | Sold | 07/24/18 | J | A | |
| 127. STV | A | Int./Div. | J | T | Buy | 08/08/19 | J | | |
| 128. XOM | A | Int./Div. | J | T | Buy | 08/08/19 | J | | |
| 129. WRK | A | Int./Div. | J | T | Sold | 08/08/19 | J | A | |
| 130. ZTS | A | Int./Div. | J | T | Buy (add'l) | 01/17/19 | J | | |
| 131. CCI | A | Int./Div. | J | T | | | | | |
| 132. LPT | A | Int./Div. | J | T | | | | | |
| 133. HCN now WELL | A | Int./Div. | J | T | | | | | |
| 134. RIMOX | C | Int./Div. | J | T | | | | | |
| 135. CNRYX-FIERA | | None | J | T | | | | | |
| 136. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. TBGVX | | None | | | Sold | 06/28/19 | K | C | |
| 138. Pershing Gov't Account | A | Int./Div. | K | T | | | | | |
| 139. BA | A | Int./Div. | J | T | Buy<br>(add'l) | 08/08/19 | J | | |
| 140. | | | | | | | | | |
| 141. BLK | | None | | | Buy | 07/24/19 | J | | |
| 142. | | | | | Sold | 05/17/19 | J | A | |
| 143. SCHWAB JT ACCOUNT (H) | | | | | | | | | |
| 144. British Petroleum | B | Dividend | K | T | Buy<br>(add'l) | 7/18/19 | J | | |
| 145. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 146. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 147. --Schwab Money Market Fund SWRXX | A | Interest | | | Buy<br>(add'l) | 07/09/19 | J | | |
| 148. | | | | | Sold<br>(part) | 09/06/19 | J | A | |
| 149. | | | | | Sold | 12/16/19 | J | A | |
| 150. --Schwab Invest Money Fund (Pers)<br>SWZXX | A | Int./Div. | K | T | | | | | |
| 151. SHPD | B | Dividend | L | T | Sold<br>(part) | 05/30/19 | K | C | |
| 152. T | C | Int./Div. | L | T | Buy | 05/30/19 | K | | |
| 153. | | | | | Buy<br>(add'l) | 07/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. GILD | A | Dividend | J | T | Buy | 06/10/19 | J | | |
| 155. | | | | | Buy<br>(add'l) | 07/13/19 | J | | |
| 156. | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 157. BABA | | None | J | T | Buy | 06/10/19 | J | | |
| 158. OTLK | | None | | | Buy | 07/18/19 | J | | |
| 159. | | | | | Sold | 08/19/19 | J | A | |
| 160. DWBP (as of 6/3/19 reorg DDDOW) | | None | J | T | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 5/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*

LAMR  Inadvertently listed as partial sale last year - should have been listed as Sold All last year.

DHR Inadvertently listed as whole sale last year - should have been listed as a Partial Sale last year.

BAC Inadvertently omitted from last year's report

PRU Inadvertently omitted from last year's report

SON Inadvertently omitted from last year's report

UL Inadvertently omitted from last year's report

AAPL 12 Inadvertently omitted from last year's report

STI inadvertently listed as a partial sale last year, should have been listed as a Sold All

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Edward F. Shea**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544